**AFFIRMED and Opinion Filed April 27, 2021**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00034-CR**
**No. 05-20-00035-CR**
**No. 05-20-00036-CR**
**No. 05-20-00037-CR**
**No. 05-20-00039-CR**
**No. 05-20-00040-CR**
**No. 05-20-00041-CR**
**No. 05-20-00042-CR**
**No. 05-20-00043-CR**
**No. 05-20-00044-CR**
**No. 05-20-00045-CR**
**No. 05-20-00046-CR**
**No. 05-20-00047-CR**

**SAMMY RAY FLETCHER, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F19-41655-Q, F19-39551-Q, F19-21062-Q,**
**F19-39500-Q, F19-32492-Q, F19-21065-Q, F19-21061-Q, F19-21063-Q,**
**F19-39514-Q, F19-21354-Q, F19-41595-Q, F19-39498-Q, & F19-39499-Q.**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Carlyle
Opinion by Justice Carlyle

Sammy Ray Fletcher waived a jury and entered guilty pleas to ten counts of

theft, two counts of robbery, and one count of burglary of a building. The trial court

found him guilty and sentenced him to ten years' imprisonment in each case, to run concurrently.

Fletcher's attorney has filed a brief in which she concludes Fletcher's appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), because it presents a professional evaluation of the record and shows why, in effect, there are no arguable grounds to advance on appeal. *See High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978). Counsel appears to have delivered a copy of the brief to Fletcher, and we advised him of his right to file a pro se response, which he did not do. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014).

Having reviewed the record and counsel's brief, *see Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005), we agree with counsel's conclusion that any issues would be frivolous and without merit, having found nothing in the record that might arguably support them.

We affirm the trial court's judgments.

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
200034F.U05

–2–



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SAMMY RAY FLETCHER,
Appellant

No. 05-20-00034-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F19-41655-Q.
Opinion delivered by Justice Carlyle.
Justices Myers and Osborne
participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 27th day of April, 2021.



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SAMMY RAY FLETCHER,
Appellant

No. 05-20-00035-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F19-39551-Q.
Opinion delivered by Justice Carlyle.
Justices Myers and Osborne
participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 27th day of April, 2021.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SAMMY RAY FLETCHER, Appellant

No. 05-20-00036-CR   V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial District Court, Dallas County, Texas Trial Court Cause No. F19-21062-Q. Opinion delivered by Justice Carlyle. Justices Myers and Osborne participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 27th day of April, 2021.



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SAMMY RAY FLETCHER,
Appellant

No. 05-20-00037-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F19-39500-Q.
Opinion delivered by Justice Carlyle.
Justices Myers and Osborne
participating.

Based on the Court's opinion of this date, the judgment of the trial court is
**AFFIRMED**.


Judgment entered this 27th day of April, 2021.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SAMMY RAY FLETCHER,
Appellant

No. 05-20-00039-CR  V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial District Court, Dallas County, Texas Trial Court Cause No. F19-32492-Q. Opinion delivered by Justice Carlyle. Justices Myers and Osborne participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 27th day of April, 2021.



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SAMMY RAY FLETCHER,
Appellant

No. 05-20-00040-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F19-21065-Q.
Opinion delivered by Justice Carlyle.
Justices Myers and Osborne
participating.

Based on the Court's opinion of this date, the judgment of the trial court is
**AFFIRMED**.

Judgment entered this 27th day of April, 2021.



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

SAMMY RAY FLETCHER,
Appellant

No. 05-20-00041-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F19-21061-Q.
Opinion delivered by Justice Carlyle.
Justices Myers and Osborne
participating.

Based on the Court's opinion of this date, the judgment of the trial court is
**AFFIRMED**.

Judgment entered this 27th day of April, 2021.



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SAMMY RAY FLETCHER,
Appellant

No. 05-20-00042-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F19-21063-Q.
Opinion delivered by Justice Carlyle.
Justices Myers and Osborne
participating.

Based on the Court's opinion of this date, the judgment of the trial court is
**AFFIRMED**.


Judgment entered this 27th day of April, 2021.



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

SAMMY RAY FLETCHER,
Appellant

No. 05-20-00043-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F19-39514-Q.
Opinion delivered by Justice Carlyle.
Justices Myers and Osborne
participating.

Based on the Court's opinion of this date, the judgment of the trial court is
**AFFIRMED**.

Judgment entered this 27th day of April, 2021.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SAMMY RAY FLETCHER,
Appellant

No. 05-20-00044-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F19-21354-Q.
Opinion delivered by Justice Carlyle.
Justices Myers and Osborne
participating.

Based on the Court's opinion of this date, the judgment of the trial court is
**AFFIRMED**.


Judgment entered this 27th day of April, 2021.



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

SAMMY RAY FLETCHER,
Appellant

No. 05-20-00045-CR  V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F19-41595-Q.
Opinion delivered by Justice Carlyle.
Justices Myers and Osborne
participating.

Based on the Court's opinion of this date, the judgment of the trial court is
**AFFIRMED**.

Judgment entered this 27th day of April, 2021.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SAMMY RAY FLETCHER,
Appellant

No. 05-20-00046-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F19-39498-Q.
Opinion delivered by Justice Carlyle.
Justices Myers and Osborne
participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 27th day of April, 2021.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SAMMY RAY FLETCHER,
Appellant

No. 05-20-00047-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F19-39499-Q.
Opinion delivered by Justice Carlyle.
Justices Myers and Osborne
participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 27th day of April, 2021.